In the Matter of the Application of LAWRENCE SOFIO LA ROSA to Amend the Roll of Attorneys and Counselors at Law of this Court, so as to Add the Name "Lawrence," etc.— Motion granted. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

EDMOND E. FRISCH v. J. CLARKE DULANY and Others, and BENJAMIN FEINGOLD. — Motion to dismiss appeal denied, with ten dollars costs to the appellant against the defendants J. Clarke Dulany and Belle Dulany. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ISRAEL RAIFF v. PUBLIC NATIONAL BANK AND TRUST COMPANY OF NEW YORK. — Application denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

WILLIAM HEINEMAN v. MASSACHUSETTS BONDING AND INSURANCE COMPANY. — Motion granted. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MENDELSOHN'S TEXTILE CORPORATION v. WILLIAM F. JARR and Another.— Application denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of the NEW YORK, WESTCHESTER AND BOSTON RAILWAY COMPANY for an Order of Certiorari Directed to WILLIAM G. FULLEN, LEON G. GODLEY and CHARLES C. LOCKWOOD, Commissioners, Constituting the Transit Commission of the State of New York. In the Matter of the Complaint of the CITY OF NEW YORK and Others against the NEW YORK, WESTCHESTER AND BOSTON RAILWAY COMPANY for Alleged Violation of Provisions of Franchise. (Transit Commission Case No. 3012.)*— Order of certiorari dismissed and determination of respondents constituting the Transit Commission of the State of New York confirmed, with fifty dollars costs and disbursements to the respondents. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

In the Matter of the Transfer Tax upon the Estate of FREDERICK E. LANGE, Deceased.— Orders affirmed, with costs to the respondent. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

EMRITZ CORPORATION, Appellant, v. BENJAMIN I. BRAHMS, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.; O'Malley and Townley, JJ., dissent and vote for reversal of the judgment and a new trial, upon the ground that, in their opinion, the court committed error in charging that the certificate of stock had been placed in escrow; this issue, as well as the credibility.of the witness Singer, being for the jury.

ROBERT J. BULKLEY and Others, Respondents, v. THE POSITYPE CORPORATION OF AMERICA and ARCHIE S. WOODS, Appellants, Impleaded with Another. (Action No. 3.) — Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ROBERT J. BULKLEY and HENRY G. BULKLEY, Respondents, v. THE POSITYPE CORPORATION OF AMERICA, ARCHIE S. WOODS and JOHN MARKLE, Appellants, Impleaded with Another. (Action No. 4.) — Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

CUBELITE, INCORPORATED, Respondent, Appellant, v. TWIN COUPLER COMPANY, INC., Appellant, Respondent.— Order so far as appealed from affirmed, without costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley,

*Appeal dismissed, 257 N. Y. 580.